## Case No. 10,229.

### NICHOLLS v. HARRISON.

[Cited in Schofield v. Fitzhugh, Case No. 12,-474. Nowhere reported; opinion not now accessible.]

---

## Case No. 10,230.

### NICHOLLS v. HAZEL.

[2 Cranch, C. C. 95.] 1

Circuit Court, District of Columbia. Dec. Term, 1813.

REPLEVIN—DISCONTINUANCE—REINSTATEMENT.

The court will not reinstate a replevin which has been discontinued at a previous term.

Mr. Blake, for defendant, moved the court to reinstate an action of replevin, which had been discontinued at December term, 1812, by reason of the non-appearance of the plaintiff.

But THE COURT refused.